PROTECTION BUILDING AND LOAN ASSOCIATION, appellant,

*v.*

WILLIAM H. CHICKERING, administrator *ad pros.* &c., respondent.

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *Protection Building and Loan Association* v. *Knowles, 9 Dick. Ch. Rep. 519.*

Klein *v.* Ivory.

*Mr. J. Franklin Fort,* for the appellant.

*Mr. Edward S. Atwater,* for the respondent.

Per Curiam.
Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—Depue, Dixon, Gummere, Lippincott, Magie, Van Syckel, Barkalow, Dayton, Hendrickson, Krueger, Nixon—11.

*For reversal*—None.